UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALONZO JAMICHAEL SEVERSON,

              Plaintiff,

v.

AMAZON,

              Defendant.

CASE NO. C25-1266-LK

REPORT AND RECOMMENDATION

Plaintiff filed an application to proceed *in forma pauperis* (IFP) pursuant to 28 U.S.C. § 1915(a)(1). *See* Dkt. 1. The Court, following review of his application, issued an Order directing Plaintiff to submit a revised application that provides complete and detailed financial information by August 4, 2025. *See* Dkt. 4.

To date, Plaintiff has not responded or submitted a revised IFP application. Accordingly, the Court recommends that Plaintiff's IFP Application, Dkt. 1, be DENIED. This action should proceed only if Plaintiff pays the $405.00 filing fee within **thirty (30) days** after entry of the

REPORT AND RECOMMENDATION - 1

1  Court's Order adopting this Report and Recommendation.[1]  If no filing fee is paid within thirty
2  days of the Court's Order, the Clerk should close the file.
3      Objections to this Report and Recommendation, if any, should be filed with the Clerk and
4  served upon all parties to this suit not later than **fourteen (14) days** from the date on which this
5  Report and Recommendation is signed.  Failure to file objections within the specified time may
6  affect your right to appeal.  Objections should be noted for consideration on the District Judge's
7  motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may
8  be filed by **the day before the noting date**.  If no timely objections are filed, the matter will be
9  ready for consideration by the District Judge on **August 27, 2025**.
10      Dated this 12th day of August, 2025.

*S. Kate Vaughan* (signature)

S. KATE VAUGHAN
United States Magistrate Judge

---

[1] The undersigned further recommends review by the assigned District Judge under 28 U.S.C. § 1915 (e)(2)(B).

REPORT AND RECOMMENDATION - 2